# Pro Se Verification Form

Case Number: \_\_\_14-27818\_\_\_

Date Filed: _____

ID Picture Tampered With:   YES   -or-   NO

SSN Listed In Database Previously By Someone Else:   YES   -or-   NO

**Mail-In Case – No Photo ID Required:** ☐

Insert Picture Below

